IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA                      PLAINTIFF

VS.                          Civil Action No: 4:03-CV-369LN

REAL PROPERTY LOCATED AT 407 BARHAM
STREET, PHILADELPHIA, MISSISSIPPI, WITH
ALL IMPROVEMENTS AND APPURTENANCES
THEREON AND ALL PROCEEDS THEREOF            DEFENDANT

## AGREED ORDER OF SETTLEMENT

The United States of America, by and through its attorney, Dunn Lampton, United States Attorney for the Southern District of Mississippi, and the prospective Claimant, Patricia Burnside (hereinafter the "Claimant"), by and through her attorney of record, Sanford E. Knott, come before the Court and would set forth the following stipulation:

1.      The United States and the prospective Claimant, acting by and through her attorney of record, have agreed upon a full and complete compromise and settlement of all claims and potential claims of the Claimant in this action, as set forth more fully below.

2.      The Claimant, Patricia Burnside, consents to the forfeiture of $20,000.00 (Twenty Thousand Dollars and No Cents), which constitutes the equity in the defendant property, to the United States of America in lieu of the forfeiture of the defendant property located at 407 Barham Street, Philadelphia, Mississippi.

3.      Without admitting any participation in the underlying specified unlawful activity or any other wrongdoing Patricia Burnside stipulates to the fact that the defendant property was subject to forfeiture pursuant to 21 U.S.C. § 881 and/or 18 U.S.C. § 981(a)(1)(C).

4.      The Claimant, Patricia Burnside, further agrees to hold the United States, its agents, and its employees harmless for any claims she may possess which may arise from the forfeiture of

$20,000.00 (Twenty Thousand Dollars and No Cents) in place of the forfeiture of the property located at 407 Barham Street, Philadelphia, Mississippi.

5.  In exchange for the Claimant's consent to the forfeiture of the sum of $20,000.00 (Twenty Thousand Dollars and No Cents) in equity to the United States of America agrees to release to the Claimant, Patricia Burnside, the defendant property located at 407 Barham Street, Philadelphia, Mississippi. A check shall be submitted by the claimant, payable to the U.S. Marshals, in the amount of $20,000.00 (Twenty Thousand Dollars and No Cents) within sixty (60) days of August 9, 2006. Once payment is received, the United States of America will cancel the Lis Pendens filed against the above mentioned property.

6. The Claimant and the United States agree that this Stipulation of Settlement constitutes a full and complete settlement of all pending claims and issues in this case and agree that this Stipulation of Settlement shall be filed with the Court and shall be made a part of the official record in this case.

7. Except as provided herein, the parties agree to bear their own costs and attorney fees.

DUNN LAMPTON
UNITED STATES ATTORNEY

10/16/06
DATED

BY: _____
JERRY L. RUSHING
Assistant United States Attorney

10/12/06
DATED

_____
SANFORD E. KNOTT
Attorney for Patricia Burnside

SO ORDERED this the 27th day of __November__, 2006.

_____
John Roper, Chief Magistrate Judge